No. 02–1413. FLEISCHLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1420. KELLY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1436. BOWMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7612. BROOKS v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–8214. GUTIERREZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–8623. AUSTIN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 02–8642. MENDIOLA-AMADOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8671. VELAZQUEZ-ROTGER v. MENDEZ, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–8807. OLIVER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–8853. JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9122. CUESTA v. GITZEL ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–9132. ADAMS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9137. HINES v. McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9139. IDELLE C. v. OVANDO C. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–9140. LYON v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.